My Name is Charles P. Sprinkles, a former U.S. Army Reserve Officer, Honorable Discharge, I have a double Masters Degree in Global History and military History, and due to the Govenor of Kentucky, I was ready to be hired as a Full-Time Adjunct Professor at 2 different colleges in the state, and both reported back to me that the position I had applied for would not be filled due to our Govenor and his orders due to the Covid-19 Virus. and the shutdown of the college system - this is a violation of my constitutional right "to pursue happiness." my other constitutional right that is being violated is "Freedom of Speech" where Kentucky govenor mandated that I had to wear the mask in public. I am in great health, do not have the virus, 61 years of age, and take no meds and exercise everyday.

Eastern District of Kentucky
FILED
JUL 10 2020
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

f our constitution of freedoms are taken from our citizens, then we have no govenment or country.

*Charles P Sprinkles*

Charles P. Sprinkles
219 Patchen Drive #904
Lexington, Ky. 40517

859-382-5090