**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT FRANKFORT**

CIVIL ACTION NO. 20-54-DLB

CHARLES P. SPRINKLES                                                                  PLAINTIFF

v.                                          <u>**JUDGMENT**</u>

GOVERNOR ANDREW G. BESHEAR                                        DEFENDANT

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** that:

(1)   Plaintiff's Complaint (Doc. # 1) is **DISMISSED WITHOUT PREJUDICE** with respect to all issues raised in this proceeding; and

(2)   This action is **DISMISSED** and **STRICKEN** from the Court's docket.

This is a final and appealable Judgment and there is no just cause for delay.

This 21st day of July, 2020.



Signed By:
<u>David L. Bunning</u> DB
United States District Judge